UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW A. MCCUE,<br><br>Plaintiff,<br><br>v.<br><br>EARTH TECH, INC., and<br>TAMS CONSULTING, INC.<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>05      NMG |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and L.R. 7.3, Defendants, Earth Tech, Inc. ("Earth Tech") and TAMS Consultants, Inc., ("TAMS") hereby disclose that TAMS and Earth Tech are both indirect, wholly-owned subsidiaries of Tyco International Ltd.

Respectfully submitted,

EARTH TECH, INC. and
TAMS CONSULTANTS, INC.

By their attorneys,

_____
Jonathan Sablone (BBO No. 632998)
J. Christopher Allen, Jr. (BBO No. 648381)
Christine Vargas Suthoff (BBO No. 658916)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: May 11, 2005

BOS1490932.1

## CERTIFICATE OF SERVICE

I, Christine Vargas Suthoff, do hereby certify that a true copy of the above document was served by first class mail and via facsimile upon plaintiff's counsel of record, this 11th day of May, 2005.

Christine Vargas Suthoff

BOS1490932.1