UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW A. MCCUE,<br>    Plaintiff<br><br>vs.<br><br>EARTH TECH, INC., and<br>TAMS CONSULTING, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 05CV10974NMG<br>)<br>)<br>)<br>)<br>) |

**Rule 26(f) and Local Rule 16.1 Joint Statement**

Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1, the parties to this action hereby submit their joint statement:

I.    Agenda for Initial Scheduling Conference

       A.    Conduct a hearing, or establish a date for a hearing, regarding plaintiff's motion to remand.

       B.    Establishment of litigation schedule.

       C.    The parties decline trial by Magistrate Judge.

II.    Scheduling Plan

The parties propose the following:

       A.    On or before September 30, 2005, the parties shall complete fact discovery.

       B.    On or before October 28, 2005, the parties shall complete expert disclosures.

       C.    On or before November 30, 2005, the parties shall complete expert discovery.

       D.    On or before December 16, 2005, the parties shall file any summary judgment motions.

       E.    On or before January 13, 2006, the parties shall file any oppositions to motions for summary judgment.

  F. Pre-Trial Conference and Trial shall occur in February 2006, or later, at the Court's convenience.

III. <u>CERTIFICATIONS OF COUNSEL AND PARTIES</u>

The Local Rule 16.1(D)(3) Certification of the plaintiff is attached to this Joint Statement as Exhibit A. The Local Rule 16.1(D)(3) Certification of the defendants is attached to this Joint Statement as Exhibit B.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Matthew McCue | Earth Tech, Inc, and <br> TAMS Consultants, Inc., |
| By his Attorney, | By their Attorneys, |
| /s/ William P. Rose (crs) <br> William P. Rose, BBO #557000 <br> Law Offices of Peter L. Eleey <br> 304 Victory Road <br> Quincy, MA 02171 <br> (617) 770-1000 | /s/ Jonathan Sablone <br> Jonathan Sablone, BBO #632998 <br> J. Christopher Allen, Jr., BBO #648381 <br> Christine Vargas Suthoff, BBO #658916 <br> Nixon Peabody LLP <br> 100 Summer Street <br> Boston, MA 02110 <br> (617) 345-1000 |

Dated: July 6, 2005

**CERTIFICATE OF SERVICE**

    I, Christine Vargas Suthoff, do hereby certify that a true copy of the above document was served via first class mail upon plaintiff's counsel of record, this 6th day of July, 2005.

                                                          _____
                                                          Christine Vargas Suthoff

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW A. MCCUE, )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>EARTH TECH, INC., and )<br>TAMS CONSULTING, INC., )<br>    Defendants )<br>) | CIVIL ACTION NO. 05CV10974NMG |

PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The Plaintiff, Matthew A. McCue, and his counsel certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Matthew A. McCue,
Plaintiff

Date: 6/21/05

_____
William P. Rose (BBO #557000)
Law Office of Peter Eleey
304 Victory Road
Quincy, MA 02171
617-770-1000
Counsel for Matthew A. McCue

Date: 7/5/05

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW A. MCCUE,<br><br>      Plaintiff,<br><br>v.<br><br>EARTH TECH, INC., and<br>TAMS CONSULTING, INC.<br><br>      Defendants. | CIVIL ACTION NO. 05-cv-10974-NMG |

## **DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), Defendants and their counsel hereby certify that they have conferred:

 (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

 (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

EARTH TECH, INC. and
TAMS CONSULTANTS, INC.

_____
Michael Blaszak

Dated: June 27, 2005

By Defendants' Attorneys

_____
Jonathan Sablone (BBO No. 632998)
J. Christopher Allen, Jr. (BBO No. 648381)
Christine Vargas Suthoff (BBO No. 658916)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

BOS1503482.1