United States District Court
District of Massachusetts

_____
                              )
**MATTHEW A. McCUE,**         )
                              )
        Plaintiff,            )
                              )    Civil Action No.
        v.                    )    05-10974-NMG
                              )
**EARTH TECH INC., et al.**   )
                              )
        Defendants.           )
_____)

ORDER

**GORTON, J.**

In the interests of judicial economy and efficiency, this case will be STAYED pending a ruling in the Middlesex Superior Court Department of the Trial Court of Massachusetts in a related case (Civil Action No. 04-00255) wherein the plaintiff has moved to add Earth Tech, Inc. and TAMS Consultants, Inc. as parties defendant. This Court understands that 1) the Superior Court action was filed before this action and involves the same parties and virtually the same issues and 2) it makes more sense for those issues to be resolved together in state court rather than proceeding disjointedly in two separate actions.

Although defendants have expressed their strong preference for proceeding in federal court, they have not demonstrated that their interest in proceeding here outweighs the interests of

plaintiff and of the judicial system in resolving this dispute in its entirety in one forum. Because of the constraints of this Court's subject matter jurisdiction, that forum must be state court.

Plaintiff is directed to inform this Court, within 10 days of the ruling in the Massachusetts Superior Court case on its motion to amend, of the results thereof and whether it seeks to proceed with this action.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated: July 15, 2005