# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

Civil Docket **MICV2004-0 )2 55**

RE:    McCue v P. Gioioso & Sons, Inc. et al

TO:    Peter L Eleey, Esquire
       Eleey Law Offices (Peter L)
       304 Victory Road
       Marina Bay
       Quincy, MA 02171

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **10/04/ :005**:

*RE: Plff's MOTION to amend complaint to add City Lights*
*Electrical Co., Inc. as a direct deft, & adding Earth Tech, Inc.*
*& TAMS Consultants, Inc. as party defts, affidavit of compliance*
*rule 9A*

**is as follows:**

**MOTION (P#14) ALLOWED after hearing, to assent a direct claim against City Lights Electrical Company Inc. ONLY. Because there is credible deposition testimony dating from November, 2004; as well as ample documentation that denotes TAMS/Earth Tech, Inc's intimate involvement in the concord Avenue Cross walk project; and because the plaintiff elected to file a separate compl ai it against TAMS/ Earth Tech, Inc. rather their to finally file a motion to amend tc and TAMS to this litigation; and because the federal court has diversity jurisdiction (Docket 05-10974-NMG) of that separate cause of action, this court declines to delay this already 15 mouth old case by adding TAMS/Earth Tech, Inc., at this late stage. Moreover, significant discovery and depositions have already been conducted by the parties in this litigation. TAMS' late inclusion could surely elongate and delay trial of this matter. The plaintiff's legal interests may proferty be maintained and pursued on the federal court with no prejudice accruing. Accordingly the request to add TAMS to this cause of action is DENIED. Date d September 9, 2005 (Walker, III, Justice) Notices mailed October 04, 2005**

Dated at Cambridge, Massachusetts this 4th day of October, 2005.

Edward J. Su liv'an,
Clerk of the Courts

BY:

James _ynch
Assistant Clerk

cvdresult_2.wpd 2797166 motallow johnson