United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| MATTHEW A. McCUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 05-10974-NMG |
| | ) | |
| EARTH TECH INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

**GORTON, J.**

This Court issued an Order on July 15, 2005 ("the July 15 Order") staying this case pending a ruling in the Middlesex Superior Court Department of the Trial Court of Massachusetts in a related case (Civil Action No. 04-00255) wherein the plaintiff had moved to add Earth Tech, Inc. and TAMS Consultants, Inc. as parties defendant.

In the July 15 Order, this Court directed the plaintiff to inform the Court, within 10 days of the ruling in the Massachusetts Superior Court case on its motion to amend, of the results thereof and whether he seeks to proceed with this action. The Court has independently received information that the Superior Court issued its ruling on October 4, 2005. Accordingly, the plaintiff is hereby notified that if he does not

apprise the Court on or before Tuesday, December 6, 2005, of his intention to prosecute this action, the case will be dismissed for lack of prosecution.

**So ordered.**

                                                /s/ Nathaniel M. Gorton
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated: November 22, 2005