UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV 29 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MATTHEW A. MCCUE,<br>Plaintiff<br><br>vs.<br><br>EARTH TECH, INC., and<br>TAMS CONSULTING, INC.,<br>Defendants | CIVIL ACTION NO. 05CV10974NMG |

### PLAINTIFF'S STATEMENT OF INTENTION TO PURSUE LITIGATION

Pursuant to this Court's Order dated November 22, 2005, the Plaintiff, Matthew A. McCue, hereby respectfully states his intention to pursue this litigation. In further response to this Order, the plaintiff states that, on October 11, 2005, his counsel forwarded to the Court a correspondence, a copy of which is attached hereto, with which he provided a copy of Judge Walker's decision related to Mr. McCue's Motion to Amend his Complaint in the related state court action. However, this Court apparently did not properly receive this correspondence. To the extent that this created some confusion as to Mr. McCue's intentions to pursue his claims against the defendants in this litigation, the plaintiff apologizes to the Court.

Finally, Judge Walker denied the plaintiff's request to add Earth Tech/TAMS Consultants, but allowed the plaintiff to assert direct claims against another party, City Lights Electrical Company, Inc. ("City Lights"). City Lights has since responded by answering the plaintiff's Amended Complaint and by filing a Third-Party Complaint against Earth Tech/TAMS Consultants. Since these events recently occurred, Earth

Tech/TAMS Consultants has not yet responded to City Lights' Third-Party Complaint. It is therefore unclear whether these developments will affect the plaintiff's right or ability to assert direct claims against Earth Tech/TAMS Consultant in the state court action.

Plaintiff, Matthew McCue,
By his attorneys,

*William P. Rose*

Peter L. Eleey, BBO#152740
William P. Rose, BBO#557000
Law Office of Peter L. Eleey
304 Victory Road
Marina Bay
Quincy, MA 02171
(617) 770-1000

Dated: November 29, 2005

Certificate of Service

I, William P. Rose, hereby certify that a true copy of the above document was served upon the counsel of record by mail on November 29, 2005.

*William P. Rose*
William P. Rose

**LAW OFFICES OF PETER L. ELEEY**

304 Victory Road, Marina Bay

Quincy, Massachusetts 02171

Peter L. Eleey  
William P. Rose

Telephone: 617-770-1000  
Fax: 617-773-7237

October 11, 2005

Clerk's Office  
John Joseph Moakley  
US Courthouse  
One Courthouse Way, Suite 2300  
Boston, MA 02210

Re:  Matthew A. McCue v. Earth Tech, Inc.  
C.A. No. 05CV10974NMG

Dear Sir or Madam:

As requested previously by Judge Gorton, enclosed please find a copy of the notice we recently received from the Middlesex Superior Court in connection with a related matter.

Thank you for your attention to this matter.

Very truly yours,

William P. Rose

William P. Rose

WPR/aj  
Enclosure  
cc:  Christine Vargas Suthoff, Esquire

Commonwealth of Massachusetts
County of Middlesex
The Superior Court

Civil Docket **MICV2004-00255**

RE:  McCue v P. Gioioso & Sons, Inc. et al

TO:  Peter L Eleey, Esquire
Eleey Law Offices (Peter L)
304 Victory Road
Marina Bay
Quincy, MA 02171

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **10/04/2005**:

*RE: Plff's MOTION to amend complaint to add City Lights Electrical Co., Inc. as a direct deft, & adding Earth Tech, Inc. & TAMS Consultants, Inc. as party defts, affidavit of compliance rule 9A*

**is as follows:**

**MOTION (P#14) ALLOWED after hearing, to assent a direct claim against City Lights Electrical Company Inc. ONLY. Because there is credible deposition testimony dating from November, 2004; as well as ample documentation that denotes TAMS/Earth Tech, Inc's intimate involvement in the concord Avenue Cross walk project; and because the plaintiff elected to file a separate complaint against TAMS/ Earth Tech, Inc. rather their to finally file a motion to amend to and TAMS to this litigation; and because the federal court has diversity jurisdiction (Docket 05-10974-NMG) of that separate cause of action, this court declines to delay this already 15 mouth old case by adding TAMS/Earth Tech, Inc., at this late stage. Moreover, significant discovery and depositions have already been conducted by the parties in this litigation. TAMS' late inclusion could surely elongate and delay trial of this matter. The plaintiff's legal interests may property be maintained and pursued on the federal court with no prejudice accruing. Accordingly the request to add TAMS to this cause of action is DENIED. Dated: September 9, 2005 (Walker, lll, Justice) Notices mailed October 04, 2005**

Dated at Cambridge, Massachusetts this 4th day of October, 2005.

Edward J. Sullivan,
Clerk of the Courts

BY:

James Lynch
Assistant Clerk

cvdresult_2.wpd 2797166 motallow johnson

**Commonwealth of Massachusetts**
**County of Middlesex**
**The Superior Court**

Telephone: 617-494-4010 EXT 4274

Copies mailed 10/04/2005

```
cvdresult_2.wpd 2797166 motallow johnson
```