UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW A. MCCUE,<br>　　　Plaintiff<br><br>vs.<br><br>EARTH TECH, INC., and<br>TAMS CONSULTING, INC.,<br>　　　Defendants | )<br>)<br>)<br>)　　CIVIL ACTION NO. 05CV10974NMG<br>)<br>)<br>)<br>)<br>) |

**JOINT REVISED PROPOSED SCHEDULE**

　　The parties to this action hereby submit this revised, proposed joint schedule:

1.　　On or before September 1, 2006, the parties shall complete fact discovery.

2.　　On or before September 15, 2006, Plaintiff's expert reports must be served.

3.　　On or before November 1, 2006, Defendant's expert reports must be served.

4.　　On or before January 8, 2007, the parties shall complete expert discovery.

5.　　On or before February 16, 2007, the parties shall file any summary judgment motions.

6.　　Pre-Trial Conference and Trial shall occur thereafter, at the Court's convenience.

-2-

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Matthew McCue | Earth Tech, Inc., and<br>TAMS Consultants, Inc., |
| By his Attorney, | By their Attorneys, |
| /s/  William P. Rose<br>William P. Rose, BBO #557000<br>Law Offices of Peter L. Eleey<br>304 Victory Road<br>Quincy, MA  02171<br>(617) 770-1000 | /s/  Christine Vargas Suthoff<br>Jonathan Sablone, BBO #632998<br>J. Christopher Allen, Jr., BBO #648381<br>Christine Vargas Suthoff, BBO #658916<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |

Dated: January 12, 2006