UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW A. MCCUE, )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>EARTH TECH, INC., and )<br>TAMS CONSULTING, INC., )<br>    Defendants )<br>) | CIVIL ACTION NO. 05-CV-10974NMG |

**JOINT STATUS REPORT ON MEDIATION AND
REQUEST FOR ORDER OF REFERENCE**

The parties to this action hereby inform the Court that they have conferred and agreed to attempt resolution of the instant action through mediation by a Magistrate Judge. Thus, the parties hereby respectfully request that this Court issue an Order of Reference to the Court's Alternative Dispute Resolution Department, so that a Magistrate Judge may be assigned to mediate this matter.

|  |  Respectfully Submitted, |
|---|---|
| Matthew McCue | Earth Tech, Inc., and<br>TAMS Consultants, Inc., |
| By his Attorney, | By their Attorneys, |
|    /s/   William P. Rose<br>William P. Rose, BBO #557000<br>Law Offices of Peter L. Eleey<br>304 Victory Road<br>Quincy, MA  02171<br>(617) 770-1000 |    /s/   Christine Vargas Suthoff<br>Jonathan Sablone, BBO #632998<br>J. Christopher Allen, Jr., BBO #648381<br>Christine Vargas Suthoff, BBO #658916<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |

Dated: June 12, 2006

BOS1601336.1