## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__Matthew McCue__
      **Plaintiff**

        **V.**            **CIVIL CASE NO.  05-10974-NMG**

__Earth Tech, Inc.__
      **Defendant**

### NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for a __Mediation Hearing__ on __September 12, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

It is further ORDERED that all PARTIES are to attend.  Parties must have full settlement authority, leave of Court is REQUIRED for any exceptions.  All confidential mediation briefs are REQUIRED to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS days PRIOR to the hearing.

                                                     SARAH A. THORNTON,
                                                     CLERK OF COURT

__7/25/2006__                                         By: __/s/ Marc K. Duffy, Esq.__
  **Date**                                                         **Deputy Clerk**

(ADR NOTICE (McCue).wpd - 3/7/2005)