UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MATTHEW A. MCCUE,<br>    Plaintiff | )<br>)<br>) |  |
| vs. | ) | CIVIL ACTION NO. 05-CV-10974-NMG |
|  | ) |  |
| EARTH TECH, INC., and<br>TAMS CONSULTING, INC.,<br>    Defendants | )<br>)<br>)<br>) |  |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to this action hereby move to amend the scheduling order entered in this action on or about January 4, 2006. As grounds for this motion the parties state as follows:

1. On June 12, 2006 the parties filed a Joint Status Report on Mediation and Request for an Order of Reference to this Court's Alternative Dispute Resolution Department.

2. On June 23, 2006, the Court referred this matter for mediation to Magistrate Judge Bowler.

3. Mediation before Magistrate Judge Bowler was scheduled for September 12, 2006.

4. Presently, the deadline for completion of non-expert depositions is set for August 31, 2006 (less than 2 weeks prior to mediation). Submission of plaintiff's expert designations and defendant's expert designations are due by September 15, 2006 and October 15, 2006, respectively.

5.      The parties wish to avoid the undue expense and consumption of the Court's resources which would result should they remain on the schedule presently in force. Thus, the parties suggest the following amendments to the Court's scheduling order:

    a.  Non-expert depositions completed on or before December 1, 2006.

    b.  Plaintiff's expert reports served on or before December 15, 2006.

    c.  Defendant's expert reports served on or before January 17, 2007.

    d.  Expert discovery completed on or before April 18, 2006.

    e.  Dispositive motions filed on or before May 16, 2007.

    f.  Pre-Trial Conference and Trial to occur thereafter, at the Court's convenience.

Respectfully Submitted:

| Matthew McCue | Earth Tech, Inc., and TAMS Consultants, Inc., |
|---|---|
| By his Attorney, | By their Attorneys, |
| /s/   William P. Rose<br>William P. Rose, BBO #557000<br>Law Offices of Peter L. Eleey<br>304 Victory Road<br>Quincy, MA  02171<br>(617) 770-1000 | /s/   Christine Vargas<br>Jonathan Sablone, BBO #632998<br>J. Christopher Allen, Jr., BBO #648381<br>Christine Vargas, BBO #658916<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |

Dated: August 10, 2006