**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Matthew Mccue  </u>
        Plaintiff(s)

       V.                        CIVIL ACTION NO. <u>  05-10974-NMG  </u>

<u>  Earth Tech, Inc.  </u>
<u>  Tams Consulting, Inc.  </u>
        Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>   Gorton   </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]    On <u>  9/12/2006  </u> I held the following ADR proceeding:

        _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        ___X___    MEDIATION                            _____ SUMMARY BENCH / JURY TRIAL
        _____    MINI-TRIAL                            _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer.
    The case was:

[x]    Settled. Your clerk should enter a __60__ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
    _____

<u>  9/12/2006  </u>                                           <u>  Marianne B. Bowler, USMJ  </u>
DATE                                                      ADR Provider

(ADR Report (McCue).wpd - 4/12/2000)                                                          [adrrpt.]