UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Matthew McCue,
        Plaintiff

v.                                                      Civil Action No. 04-10974-NMG

Earth Tech, Inc., et al.,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

       The Court having been advised by ADR report on 9/12/06 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

                                                                         By the Court,

                                                                         /S/ Craig J. Nicewicz

9/29/06                                                      _____
   Date                                                         Craig J. Nicewicz
                                                                     Courtroom Clerk