UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW A. MCCUE,<br>    Plaintiff<br><br>v.<br><br>EARTH TECH, INC., and TAMS CONSULTING, INC.<br><br>    Defendants | Civil Action No.  05-10974 NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby file this Stipulation of Dismissal with Prejudice as to all claims, without costs or attorneys fees, and with all rights of appeal waived.

Respectfully Submitted:

| | |
|---|---|
| Matthew McCue | Earth Tech, Inc., and<br>TAMS Consultants, Inc., |
| By his Attorney, | By their Attorneys, |
| /s/   William P. Rose<br>William P. Rose, BBO #557000<br>Law Offices of Peter L. Eleey<br>304 Victory Road<br>Quincy, MA  02171<br>(617) 770-1000 | /s/   Christine Vargas<br>Jonathan Sablone, BBO #632998<br>J. Christopher Allen, Jr., BBO #648381<br>Christine Vargas, BBO #658916<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |

Dated:  October 6, 2006

**CERTIFICATE OF SERVICE**

      I, Christine Vargas, do hereby certify that a true copy of the above document was served by first class mail upon counsel of record, this 6th day of October, 2006.

                                            /s/   Christine Vargas